[No. 63962-5-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG HINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07193-2, Deborah D. Fleck, J., entered July 14, 2009. *Affirmed* by unpublished per curiam opinion.

[No. 64111-5-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE MARLOW II, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00600-8, Steven J. Mura, J., entered August 3, 2009. *Dismissed* by unpublished per curiam opinion.

[No. 64331-2-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE DYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02477-2, Gregory P. Canova, J., entered September 25, 2009. *Remanded with instructions* by unpublished per curiam opinion.

[No. 64857-8-I.   Division One.   June 7, 2010.]

SEATTLE-TACOMA INTERNATIONAL TAXI ASSOCIATION, *Appellant*, v. THE PORT OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-05263-1, Steven C. Gonzalez, J., entered February 8, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Spearman, JJ.